UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

                Plaintiff,          21-cv-10495 (JGK)

    - against -              ORDER

MURPHY BED EXPRESS, INC., and FAMILY OF
LOUIS LLC,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The defendants' answers were due by January 11, 2022. The time for the defendants to answer is extended to February 12, 2022. If either of the defendants fail to answer by then, the plaintiff may seek a default judgment against that defendant.

SO ORDERED.

Dated:    New York, New York
            January 27, 2022

                                            John G. Koeltl
                                        United States District Judge