UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                    Plaintiff,

     - against -

MURPHY BED EXPRESS, INC., and FAMILY OF
LOUIS LLC,

                    Defendants.

21-cv-10495 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants' answers were due by January 11, 2022. On January 27, 2022, the Court extended the time for the defendants to answer to February 12, 2022. In that Order, the Court noted that, if any of the defendants failed to answer by that time, the plaintiff could seek a default judgment against that defendant. ECF No. 7.

    On February 14, 2022, the Court granted the plaintiff's request for a 30-day extension for the defendants to appear, answer, or otherwise move prior to the plaintiff moving for a default judgment. ECF No. 9. The defendants have not yet appeared or answered, and the plaintiff has not moved for a default judgment.

    The plaintiff may move for a default judgment by order to show cause by **April 15, 2022**. If the plaintiff fails to move for a

default judgment, this case may be dismissed for failure to prosecute.

**SO ORDERED.**

Dated:  New York, New York
        March 24, 2022

_____
John G. Koeltl
United States District Judge