UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

                Plaintiff,

- against -

MURPHY BED EXPRESS, INC., ET AL.,

                Defendants.

---

21-cv-10495 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference, by phone, on April 29, 2022, at 2:00 p.m. Dial-in: (888) 363-4749, with access code 8140049.

    The time for all defendants to respond to the Complaint is extended to May 20, 2022. The Clerk is directed to mail a copy of this Order to the below address and to note service on the docket:

                Ceverino Duran
                170 8th Avenue
                New York, NY 10011

SO ORDERED.

Dated:    New York, New York
          April 14, 2022

                                      _____
                                      John G. Koeltl
                               United States District Judge