UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

                Plaintiff,           21-cv-10495 (JGK)

    - against -              ORDER

MURPHY BED EXPRESS, INC., and FAMILY OF
LOUIS LLC,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 30, 2022, at 3:00 p.m. is canceled. The parties are reminded to report to the Court on the status of the case within 7 days of the conclusion of their mediation.

    The Clerk is directed to mail a copy of this Order to the below address and to note service on the docket:

    Ceverino Duran
    170 8th Avenue
    New York, NY 1001

SO ORDERED.

Dated:    New York, New York
           June 24, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                  United States District Judge