

**COMMODITY FUTURES TRADING COMMISSION**
290 Broadway, 6th Floor
New York, New York 10007
Telephone: (646) 746-9700
Facsimile: (646) 746-9938

Division of
Enforcement

November 1, 2022

**BY ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

*The plaintiff should provide a further status report by 11/15/22. So ordered.*
*JGKoeltl U.S.D.J.*
*11/2/22*

    **Re:** ***Commodity Futures Trading Commission v. Jeremy Spence,***
          **Civil Action 1:21-cv-0699 (JGK)**

Dear Judge Koeltl:

    Plaintiff submits this letter to provide the Court with a status update in the above-captioned matter. As noted in the parties' prior Status Reports filed on June 9, 2022 (ECF No. 25), August 1, 2022 (ECF No. 27), and September 15, 2022 (ECF No. 31), Plaintiff and Mr. Spence have been engaged in settlement discussions through Mr. Spence's criminal counsel, Neil Kelly, Esq.

    The Division of Enforcement and Mr. Spence have agreed in principle to a proposed Consent Order, which is awaiting approval by the Commodity Futures Trading Commission prior to its submission to this Court. Plaintiff intends to provide a status report to the Court by November 15, 2022. Plaintiff has notified Mr. Spence's criminal counsel of this letter and has provided a copy of this letter to Mr. Spence by mail.

                                  Respectfully submitted,

                                  s/ Elizabeth C. Brennan
                                  Elizabeth C. Brennan
                                  (646) 746-9747

cc:    Neil Kelly, Esq. via email
        Jeremy Spence via mail